*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

No. 21-BG-269

IN RE PAMELA A. MCLEAN, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals
(Bar Registration No. 497891)

On Report and Recommendation of the Board on Professional
Responsibility Ad Hoc Hearing Committee
Approving Petition for Negotiated Discipline
(DDN 84-19)

(Decided: September 30, 2021)

Before GLICKMAN and DEAHL, *Associate Judges*, and NEBEKER, *Senior Judge*.

PER CURIAM: This decision is non-precedential. Please refer to D.C. Bar R. XI, § 12.1(d) regarding the appropriate citation of this opinion.

In this disciplinary matter, an Ad Hoc Hearing Committee (the Committee) recommends approval of a petition for negotiated attorney discipline. *See* D.C. Bar R. XI, § 12.1(c). Respondent admits to violating D.C. Rules of Professional Conduct 1.6(a)(1) and 1.7(b)(4). The proposed discipline is a sixty-day suspension with thirty days stayed in favor of one-year of probation with conditions.

Having reviewed the Committee's recommendation in accordance with our procedures in uncontested disciplinary cases, *see* D.C. Bar R. XI, § 12.1(d), we agree this case is appropriate for negotiated discipline and the proposed disposition is not unduly lenient or inconsistent with dispositions imposed for comparable professional misconduct. Accordingly, it is

ORDERED that Respondent Pamela A. McLean is hereby suspended from the practice of law in the District of Columbia for sixty days with thirty days stayed in favor of one-year of probation with conditions that require Respondent to not engage in any misconduct and complete twelve hours of CLE courses pre-approved by Disciplinary Counsel. In the event Respondent's probation is revoked, she will serve the remaining thirty days of her suspension. Additionally, we direct Respondent's attention to D.C. Bar R. XI, § 14(g), which requires the filing of an affidavit with this court for purposes of reinstatement in accordance with D.C. Bar R. XI, § 16 and Board Rule 9.

*So ordered.*